**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 21-51234-WLH |
| BRETT PAUL BRUGH AND TARA LEE ) | CHAPTER 7 |
| BRUGH, ) | |
| ) | |
|     Debtors. ) | |
| ) | |
| TAMARA MILES OGIER AS ) | |
| CHAPTER 7 TRUSTEE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING |
| ) | NO. _____ |
| ADVANCE FINANCIAL ) | |
| CORPORATION, DEPARTMENT OF ) | |
| THE TREASURY – INTERNAL ) | |
| REVENUE SERVICE, CAVALRY SPV I, ) | |
| LLC AS ASSIGNEE OF CAPITAL ONE ) | |
| BANK (USA), N.A., ) | |
| ) | |
|     Defendants. ) | |

**COMPLAINT TO DETERMINE**
**PRIORITY AND EXTENT OF LIENS**

Tamara Miles Ogier files this Complaint for to determine the priority and extent of liens as follows:

1.

Plaintiff, Tamara Miles Ogier as Trustee ("Trustee") is the duly qualified Trustee in the above-captioned bankruptcy proceeding.

2.

Defendant, the Advance Financial Corporation ("Advance"), is subject to the jurisdiction and venue of this Court and may be served pursuant to Fed. R. Bankr. P. 7004.

3.

Defendant, the Department of the Treasury - Internal Revenue Service ("IRS"), is subject to the jurisdiction and venue of this Court and may be served pursuant to Fed. R. Bankr. P 7004.

4.

Defendant Cavalry SPV I, LLC as Assignee of Capital One Bank (USA), N.A. ("Cavalry") is subject to the jurisdiction and venue of this Court and may be served pursuant to Fed. R. Bankr. P 7004.

5.

This Adversary Proceeding arises out of and relates to the Chapter 7 Bankruptcy Case of Brett Paul Brugh and Tara Lee Brugh, (the "Debtors"), Case No. 21-51234-wlh, on the docket of this Court. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court may, therefore, issue appropriate orders or judgments in this core proceeding. Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409. This Court may issue the relief sought pursuant to 11 U.S.C. §§ 724 and applicable state law.

6.

On February 12, 2021, the Debtors filed their voluntary petition initiating their Chapter 7 bankruptcy case (the "Petition Date").

7.

On the Petition Date the Debtors jointly held title to the residential real property located at 302 Falling Leaf Lane, Canton, Georgia (the "Property").

8.

By virtue of filing their bankruptcy case the Property became property of the Bankruptcy Estate, pursuant to 11 U.S.C. § 541.

9.

As a part of her administration of the Estate, the Trustee sold the Property for the benefit of creditors of the Estate. Following payment of costs of sale, realtor fees, property taxes and the first priority security deed attaching to the Property, the net proceeds totaled $261,299.48 (the "Remaining Proceeds").

10.

Pursuant to the Order authorizing the sale of the Property, any remaining valid liens attach to the proceeds. See Order, Docket No. 47.

11.

The following is a complete list of the remaining liens filed against the Property:[1]

- FiFa lien recorded on November 16, 2018, in Deed Book 835, at page 644 of the Cherokee County, Georgia lien records filed by Advance Financial Corporation in the amount of $76,511.91 against both Debtors. A true and correct copy of this lien is attached hereto and incorporated herein by reference as Exhibit A ("FiFa Lien 1");

- Tax lien recorded on April 15, 2019, in Deed Book 836, at page 2954 of the Cherokee County, Georgia lien records filed by the Department of the Treasury -

---

[1] The Motion to Sell the Property (Docket No. 42) also listed a Tax Lien against both Debtors held by the Georgia Department of Revenue regarding 2016 taxes in the amount of $104,809.61 filed in the Cherokee County Lien Book 834, Page 947 on September 5, 2018. However, said lien was released by the Department of Revenue on August 30, 2021. See Cherokee County Lien Book 847, Page 1920.

      Internal Revenue Service in the amount of $510,342.77 against both Debtors. A true and correct copy of this lien is attached hereto and incorporated herein by reference as Exhibit B ("IRS Lien").

- FiFa lien recorded on December 21, 2020, in Deed Book 844, at page 2011 of the Cherokee County, Georgia lien records filed by Cavalry SPV I, LLC as Assignee of Capital One Bank (USA), N.A. in the amount of $5,076.05. This FiFa lien is filed solely in the name of Brett Paul Brugh. A true and correct copy of this lien is attached hereto and incorporated herein by reference as Exhibit C ("FiFa Lien 2").

12.

The order or priority of the liens listed above is based on the dates they were recorded in the county in which the Property is located.

13.

As it is first in priority, the Remaining Proceeds should be distributed first to Advance Financial in the amount necessary to satisfy FiFa Lien 1.

14.

As it is next in priority, the Department of the Treasury - Internal Revenue Service should be paid pursuant to 11 U.S.C. §724.

15.

Pursuant to 11 U.S.C. § 724(b)(2), distribution of the Remaining Proceeds should first be distributed to pay any holder of a claim of a kind specified in 11 U.S.C §§ 507(a)(1), 507(a)(2), 507(a)(3), 507(a)(4), 507(a)(5), 507(a)(6), or 507(a)(7) to the extent of the amount of the allowed tax claims that are secured by such tax liens.

16.

Pursuant to 11 U.S.C. § 724 (b)(3), following distribution pursuant to the foregoing paragraph 15, the balance of the Remaining Proceeds should be paid to the Department of the Treasury - Internal Revenue Service in the amount necessary to satisfy the IRS Lien.

17.

The Trustee has complied with the provisions of 11 U.S.C. § 724(e).

18.

Because there will be no funds remaining following the payment of the IRS Lien, FiFa Lien 2 shall receive none of the Remaining Proceeds and may be treated as a general unsecured claimant in the case.

**WHEREFORE**, Plaintiff prays that this Honorable Court:

1. Enter an Order and Judgment Authorizing the Trustee to pay FiFa Lien1 in full from the Remaining Proceeds; and

2. Enter an Order and Judgment that the balance of the Remaining Proceeds should be next be distributed pursuant to 11 U.S.C. § 724(b)(2) then to the IRS Lien pursuant to 11 U.S.C. § 724(b)(3); and

3. Enter an Order and Judgment that the holder of FiFa Lien 2 shall receive none of the Remaining Proceeds and shall be treated as a general unsecured claimant in the case; and

4. Grant such other and further relief as may be justified pursuant to the facts and circumstances of this case.

                                                 OGIER, ROTHSCHILD & ROSENFELD, P.C.

                                                 By: /s/ *Tamara Miles Ogier*
                                                        Tamara Miles Ogier
                                                        Georgia Bar No. 550355

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orratl.com

LIEN BOOK:835  PG:644   Filed: 11/16/2018 10:40 AM  Clerk File Number: 28-2018-005294
Rec: $5.00
Patty Baker, Clerk of Superior Court - Cherokee County, GA

## WRIT OF FIERI FACIAS
## IN THE STATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| A. Case Number: | 18SC0587-ADM | |
| B. Plaintiff(s): | ADVANCE FINANCIAL CORPORATION | |
| C. Defendant(s): | CHEROKEE UTILITY INSTALLATIONS LLC 302 FALLING LEAF LANE CANTON, GA 30115  BRETT BRUGH 302 FALLING LEAF LANE  CANTON, GA 30115  TARA BRUGH 302 FALLING LEAF LANE CANTON, GA  30115 | |

| D. Attorney for Plaintiff(s): | 1. Name: | KEVIN A STINE | 4. Notes: ITEM # 2- FROM AUGUST 1, 2018 THROUGH AUGUST 8, 2018 AND ADDITIONAL PRE-JUDGMENT FEES AND SURCHARGES OF $52.41 PER DAY FROM AUGUST 9, 2018 THROUGH THE DATE OF ENTRY OF THIS JUDGMENT |
|---|---|---|---|
| | 2. Address: | 1600 MONARCH PLAZA  3414 PEACHTREE RD, NE  ATLANTA, GA 30326 | ITEM # 4-CALCULATED AS 15% OF THE PRINCIPAL SUM AWARDED |
| | 3. Telephone: | (404)577-6000 | |
| Judgment Amount: | | | |
| | 1. Principal: | $66,213.08 | POST JUDGMENT INTEREST ON THE PRINCIPAL SUM AT THE LEGAL RATE |
| | 2. Pre-Judgment Interest & Surchg: | 366.87 | |
| | 3. Interest-Other: | | |
| | 4. Attorney's Fees | $9,931.96 | |
| | 5. Court Costs: | | |
| | 6. Fifa Issue Enter: | | |

| F. Total Judgment Amount: | $76,511.91 |
|---|---|
| G. Judgment Date: | OCTOBER 18, 2018 |
| H. Fi. Fa. in Hands of: | KEVIN A STINE  BAKER, DONELSON,BEARMAN, CALDWELL & BERKOWITZ, P.C. |
| I. Judge: | A DEE MORRIS |
| J. Date Writ of Fieri Facias Signed by Clerk: | NOVEMBER 15, 2018 |

TO ALL AND SINGULAR the sheriffs of the State, their lawful deputies, and the constables of the Court:

You are commanded to:
1. Levy and seize upon the goods, chattel (personal and movable property), lands and tenements of the above-named Defendant(s) to satisfy the judgment in the sums stated above (E) (1-5), including interest from the date of judgment at the legal rate;
2. Deliver and make a return of said goods, chattel, lands and tenements to the Court. The following property (if described herein) shall be levied upon:
3. Deliver the sums, plus applicable interest and costs, enumerated in (E) above, to the Court to render to the Plaintiff(s).
Witness the Honorable Judge of Court (I) named above, on the date stated (J).

_Miriam Pagan Burtotta_ DEPUTY CLERK
PATTY BAKER
STATE COURT CHEROKEE COUNTY

### CANCELLATION

The within and foregoing Fi. Fa., having been paid in full, the Clerk of State Court is hereby directed to cancel it of record on the date stated h

| Signature: | Title: | Date: |
|---|---|---|
| | | |

### FILING INFORMATION

| Date Filed: | Filed By: |
|---|---|
| Execution/Lien Book Number: | Title: |
| Page Number: | Signature: |

LIEN BOOK:836 PG:2954   Filed: 04/15/2019 01:37 PM   Check File Number 2019003214
Rec: $5.00
Patty Baker, Clerk of Superior Court - Cherokee County, GA

| Form 668 (Y)(c) (Rev. February 2004) | 16999 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | | Serial Number  349592219 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  BRETT P & TARA BRUGH

Residence  302 FALLING LEAF LN
CANTON, GA 30115-7171

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2016 | XXX-XX-4025 | 02/26/2018 | 03/27/2028 | 510342.77 |

Place of Filing
Clerk of Superior Court
Cherokee County
Canton, GA 30114

Total  $ 510342.77

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the __05th__ day of __April__, __2019__.

Signature  Joan Flack for PEGGY THOMAS

Title  REVENUE OFFICER  (678) 627-4628

23-14-1889

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

LIEN BOOK:844  PG:2011   Filed: 12/21/2020 09:00 AM   Clerk File Number: 23-2020-010280
Rec: $25.00
**Patty Baker, Clerk of Superior Court - Cherokee County, GA**

WRIT OF FIERI FACIAS
IN THE MAGISTRATE COURT OF CHEROKEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| A. Case Number: | 19MCE3565-GTD | |
| B. Plaintiff(s): | CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE BANK (USA), N.A. | |
| C. Defendant(s): | BRETT BRUGH 302 FALLING LEAF LN CANTON, GA 30115 | |
| D. Attorney for Plaintiff(s): | 1. Name: JERRY CURTIS TOOTLE JR | 4. Notes |
| | 2. Address: PO BOX 52815 ATLANTA, GA 30355 | |
| | 3. Telephone: 470-240-3440 | |

E. Judgment Amount:
  1. Principal: $4,989.05
  2. Interest: $0.00
  3. Interest-Other: $0.00
  4. Attorney's Fees $0.00
  5. Court Costs: $58.00
  6. Fifa Fee: $29.00

INTEREST SHALL ACCRUE FROM THE DATE HEREOF ON THE PRINCIPAL SUM AT THE STATUTORY RATE AS PROVIDED BY O.C.G.A. @ 7-4-12, UNTIL PAID.

F. Total Judgment Amount: $5,076.05

G. Judgment Date: 05/14/2020

H. Fi. Fa. in Hands of: JERRY CURTIS TOOTLE JR – ALDRIDGE PITE HAAN, LLP

I. Judge: GREGORY T. DOUDS

J. Date Writ of Fieri Facias Signed by Clerk: 12/18/2020

TO ALL AND SINGULAR the sheriffs of the State, their lawful deputies, and the constables of the Court:

You are commanded to:
  1. Levy and seize upon the goods, chattel (personal and movable property), lands and tenements of the above-named Defendant(s) to satisfy the judgment in the sums stated above (E) (1-5), including interest from the date of judgment at the legal rate;
  2. Deliver and make a return of said goods, chattel, lands and tenements to the Court. The following property (if described herein) shall be levied upon:
  3. Deliver the sums, plus applicable interest and costs, enumerated in (E) above, to the Court to render to the Plaintiff(s).
  Witness the Honorable Judge of Court (I) named above, on the date stated (J).

*Elaine Ellis*
PATTY BAKER
MAGISTRATE CHEROKEE COUNTY

CANCELLATION

The within and foregoing Fi. Fa., having been paid in full, the Clerk of Magistrate Court is hereby directed to cancel it of record on the date stated

| Signature: | Title: | Date: |
|---|---|---|
| | | |

FILING INFORMATION

| Date Filed: | Filed By: |
|---|---|
| Execution/Lien Book Number: | Title: |
| Page Number: | Signature: |